STUART BARASCH
California  Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIA LOR, | CV-F 04-6742 TAG |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Yia Lor and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for the Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's December 23, 2004 Scheduling Order, due on July 30, 2005 to August 29, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the Plaintiff to prepare the materials necessary to file her Opening Brief. This is Plaintiff's first request for an extension of time.

DATED: July 21, 2005          *S/Stuart Barasch*
                              STUART BARASCH, Attorney for
                              Plaintiff Yia Lor


DATED: July 22, 2005          McGREGOR W. SCOTT
                              United States Attorney


                              *S/Kristi C. Kapetan*
                              KRISTI C. KAPETAN
                              Assistant United States Attorney
                              Attorneys for Federal Defendant
                              JO ANNE B. BARNHART, Commissioner of
                              Social Security

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court finds that good cause exists to amend the Scheduling Order dated December 23, 2004 (Court Doc. 4) to extend Plaintiff's time to file an Opening Brief by thirty (30) days, and amends the Scheduling Order as follows:

1. Paragraph 6 of the Scheduling Order is amended to provide that Plaintiff/appellant shall have to and including August 29, 2005 to file and serve an opening brief with the Court and on Defendant/respondent.

IT IS SO ORDERED.

**Dated:   July 25, 2005**          **/s/ Theresa A. Goldner**
j6eb3d                              UNITED STATES MAGISTRATE JUDGE

2