McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare St., Ste. 4401
Fresno, CA 93721
Telephone No: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIA LOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | 1:04-CV-6742 TAG<br><br>STIPULATION AND ORDER<br>AWARDING EAJA ATTORNEY FEES |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND SIX HUNDRED AND NINETY-SEVEN DOLLARS AND TWENTY-EIGHT CENTS ($1,697.28).  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

///

///

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                        Respectfully submitted,

Dated: May 15, 2006        /s/ Stuart Barasch
                                    (As authorized via facsimile)
                                    STUART BARASCH
                                    Attorney for Plaintiff

Dated: May 16, 2006        McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **May 22, 2006**                        **/s/ Theresa A. Goldner**
**j6eb3d**                                      UNITED STATES MAGISTRATE JUDGE